UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RAYMOND PADILLA,<br><br>                Plaintiff,<br>    v.<br>STATE OF NEVADA, et al.,<br>                Defendants. | Case No. 2:09-cv-01636-MMD-PAL<br><br>ORDER<br><br>(Defendants' Motion for Summary Judgment – dkt. no. 51). |

Defendants filed a Motion for Summary Judgment on August 27, 2012. (Dkt. no. 51.) The response was due on September 20, 2012. Plaintiff did not meet this deadline. The Court issued a minute order on January 7, 2013, ordering Plaintiff to file a response to the Motion for Summary Judgment by January 22, 2013. (Dkt. no. 53.) However, Plaintiff did not meet this deadline and has not opposed the motion.

Failure to file points and authorities in opposition to a motion constitutes consent that the motion be granted. L.R. 7-2(d); *see Abbott v. United Venture Capital, Inc.*, 718 F. Supp. 828, 831 (D. Nev. 1989).

The Court has reviewed Defendants' Motion and, without Plaintiff providing contrary evidence and authority, finds no reason to deny the Motion. The Court therefore GRANTS Defendant's unopposed motion.

The Motion dispenses with Plaintiff's remaining claims. The Clerk of the Court is therefore ORDERED to close the case.

DATED THIS 24th day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE